JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| **LATOSHIA ANN THOMPSON**, et al., | Case No. CV 17-7883-VBF (KS) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| Southern Calif. Reproductive Center, et al., | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all the defendants and against all plaintiffs.**

DATED: November 6, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE